No. 99–1976. GIBSON, WARDEN, ET AL. *v.* HOGAN. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–228. BAGLEY, WARDEN *v.* WHITE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–197. TSU ET UX. *v.* VOS ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–209. VOLKSWAGEN OF AMERICA, INC. *v.* SPERLING ET AL. Sup. Ct. Tex. Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–5686. JACKSON *v.* BOOKER ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 99–8422. MILLER *v.* DAVIS-MORRELL, WARDEN, 529 U. S. 1076;

No. 99–8751. IN RE HARRIS, 529 U. S. 1129; and

No. 99–9538. WATSON *v.* SOUTHWESTERN BELL TELEPHONE CO., 530 U. S. 1280. Petitions for rehearing denied.

No. 99–339. HOLLANDER *v.* AMERICAN CYANAMID CO., 528 U. S. 965 and 1107. Motion of petitioner for leave to file second petition for rehearing denied.

No. 99–8339. RAJKOVIC *v.* IMMIGRATION AND NATURALIZATION SERVICE, 529 U. S. 1075. Motion of petitioner for leave to file petition for rehearing denied.

OCTOBER 16, 2000

No. 99–2062. ALEXANDER ET AL. *v.* MINETA, SECRETARY OF COMMERCE, ET AL. Affirmed on appeal from D. C. D. C. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.